B6A (Official Form 6A) (12/07)

In re **Frank DeJulio,**                                                   Case No. **12-44617**
      **Connie DeJulio**
                                          Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **937 N. Grace Avenue**<br>**Park Ridge, IL 60068**<br>**Single Faimly Home** | **Fee simple** | **J** | **376,123.00** | **580,344.00** |
| **7239 W. Palatine Avenue**<br>**Chicago, IL 60631**<br>**Multi Unit Building** | **Fee simple** | **H** | **300,000.00** | **384,634.00** |
| **7572 W. Devon Avenue**<br>**Chicago, IL 60631**<br>**Multi Unit Building** | **Fee simple** | **J** | **320,000.00** | **289,307.00** |
| **391 Pinehurst**<br>**Des Plaines, IL 60016**<br>**Single Family Home** | **Fee simple** | **H** | **242,711.00** | **417,135.00** |

                                                                           Sub-Total >    **1,238,834.00**    (Total of this page)

                                                                                 Total >       **1,238,834.00**

  **0**    continuation sheets attached to the Schedule of Real Property

                                                                                           (Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re **Frank DeJulio,**
**Connie DeJulio**
Debtors

Case No. __**12-44617**__

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **TCF Bank Checking** | J | 4,031.79 |
| | | | **Wells Fargo Checking** | J | 13.00 |
| | | | **TCF Bank Savings** | J | 500.36 |
| | | | **Treasury Bond** | W | 400.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Misc Appliances & Furniture** | J | 2,000.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Misc Personal Items** | J | 20.00 |
| 6. | Wearing apparel. | | **Misc Clothing** | J | 80.00 |
| 7. | Furs and jewelry. | | **Misc Jewelry- Wedding Bands** | J | 1,500.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | | **Firearms, Camera, Camcorder** | J | 130.00 |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **American General Life Insurance Whole Life Beneficiary Connie DeJulio** | H | 4,037.47 |
| | | | **Pacific Life Whole Life Beneficiary Frank DeJulio** | W | 2,453.69 |
| | | | **Country Finacial Term Life NO CASH VALUE** | W | 0.00 |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total > **15,166.31**
(Total of this page)

__3__ continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re **Frank DeJulio,**
**Connie DeJulio**
                                    ,
Debtors

Case No. **12-44617**

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Putnam Investments IRA** | H | 4,550.99 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Frontier Communications 3.69 Shares** | H | 18.15 |
| | | **Verizon 15.99 Shares** | J | 723.04 |
| | | **JFG Enterprises LLP Frank DeJulio 50% Shareholder** | J | 1.00 |
| | | **Cake Corporation Frank DeJulio 25% Shareholder Connie DeJulio 25% Shareholder** | J | 1.00 |
| | | **Smokey's BBQ Inc Frank DeJulio 50% Shareholder, Connie DeJulio 50% Shareholder** | J | 1.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Tenant** | J | 4,500.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >    **9,795.18**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Frank DeJulio,**
**Connie DeJulio**,
Debtors

Case No. **12-44617**

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Potential Property Damage Lawsuit vs. Former Tenant** | J | 0.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2006 Nissan Murano SL 82,000 Miles** | H | 9,550.00 |
| | | **2000 Ford Windstar LX 186,000 Miles** | H | 625.00 |
| | | **1999 Ford E250 194,736 Miles** | H | 3,050.00 |
| | | **2000 Ford E 150 190,000 Miles** | H | 5,725.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Ladders & Hand tools** | J | 1,200.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **Old English Bulldog & Chug** | J | 50.00 |
| | | | Sub-Total > (Total of this page) | **20,200.00** |

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Frank DeJulio,**  
**Connie DeJulio**,  
Debtors

Case No. **12-44617**

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >    **0.00**  
(Total of this page)  
Total >    **45,161.49**

Sheet __3__ of __3__ continuation sheets attached  
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

In re **Frank DeJulio,**
**Connie DeJulio**
                                                                  ,
Debtors

Case No. **12-44617**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| TCF Bank Checking | 735 ILCS 5/12-1001(b) | 4,031.79 | 4,031.79 |
| Wells Fargo Checking | 735 ILCS 5/12-1001(b) | 13.00 | 13.00 |
| TCF Bank Savings | 735 ILCS 5/12-1001(b) | 500.36 | 500.36 |
| **Wearing Apparel** | | | |
| Misc Clothing | 735 ILCS 5/12-1001(a) | 80.00 | 80.00 |
| **Furs and Jewelry** | | | |
| Misc Jewelry- Wedding Bands | 735 ILCS 5/12-1001(b) | 1,500.00 | 1,500.00 |
| **Interests in Insurance Policies** | | | |
| American General Life Insurance Whole Life Beneficiary Connie DeJulio | 215 ILCS 5/238 | 4,037.47 | 4,037.47 |
| Pacific Life Whole Life Beneficiary Frank DeJulio | 215 ILCS 5/238 | 2,453.69 | 2,453.69 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| Putnam Investments IRA | 735 ILCS 5/12-1006 | 100% | 4,550.99 |
| **Stock and Interests in Businesses** | | | |
| Frontier Communications 3.69 Shares | 735 ILCS 5/12-1001(b) | 18.15 | 18.15 |
| Verizon 15.99 Shares | 735 ILCS 5/12-1001(b) | 723.04 | 723.04 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 1999 Ford E250 194,736 Miles | 735 ILCS 5/12-1001(b) | 1,213.66 | 3,050.00 |
| 2000 Ford E 150 190,000 Miles | 735 ILCS 5/12-1001(c) | 2,400.00 | 5,725.00 |
| | Total: | **21,522.15** | **26,683.49** |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re  **Frank DeJulio,**  
**Connie DeJulio**  
_____,  
Debtors

Case No. **12-44617**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxx6069**<br><br>**Astoria Federal Savings**<br>**1 Corporate Dr Ste 360**<br>**Lake Zurich, IL 60047** | | J | Opened 12/15/06  Last Active  8/01/11<br><br>**First Mortgage**<br><br>**937 N. Grace Avenue**<br>**Park Ridge, IL 60068**<br>**Single Faimly Home**<br>Value $   376,123.00 | | | | 532,427.00 | 156,304.00 |
| Account No. **xxxx7759**<br><br>**Bank Of America, N.A.**<br>**401 N. Tryon St.**<br>**NC1-021-02-20**<br>**Charlotte, NC 28255** | | J | Opened 12/27/04  Last Active  9/12/12<br><br>**First Mortgage**<br><br>**7239 W. Palatine Avenue**<br>**Chicago, IL 60631**<br>**Multi Unit Building**<br>Value $   300,000.00 | | | | 351,999.00 | 51,999.00 |
| Account No. **xxxx7761**<br><br>**Bank Of America, N.A.**<br>**401 N. Tryon St.**<br>**NC1-021-02-20**<br>**Charlotte, NC 28255** | | J | Opened 12/27/04  Last Active  9/12/12<br><br>**Second Mortgage**<br><br>**7239 W. Palatine Avenue**<br>**Chicago, IL 60631**<br>**Multi Unit Building**<br>Value $   300,000.00 | | | | 32,635.00 | 32,635.00 |
| Account No. **xxxxxxxx8595**<br><br>**PNC Mortgage**<br>**3232 Newmark Dr., Bldg. 8**<br>**Miamisburg, OH 45342** | | H | Opened  7/02/07  Last Active 10/01/12<br><br>**391 Pinehurst**<br>**Des Plaines, IL 60016**<br>**Single Family Home**<br><br>Value $   242,711.00 | | | | 417,135.00 | 174,424.00 |
| **1** continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 1,334,196.00 | 415,362.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re **Frank DeJulio,** Case No. **12-44617**
**Connie DeJulio**

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxx2536** **PNC Mortgage** **3232 Newmark Dr., Bldg. 8** **Miamisburg, OH 45342** | | J | **Opened 11/14/07 Last Active 10/01/12** **Second Mortgage** **937 N. Grace Avenue** **Park Ridge, IL 60068** **Single Faimly Home** Value $ **376,123.00** | | | | **47,917.00** | **47,917.00** |
| Account No. **xxxxx6425** **US Bancorp Center** **800 Nicollet Mall** **Minneapolis, MN 55402** | | H | **Opened 10/08/09 Last Active 10/30/12** **2006 Nissan Murano SL 82,000 Miles** Value $ **9,550.00** | | | | **13,377.00** | **3,827.00** |
| Account No. **xxxxxxxx9007** **Wells Fargo Home Mortgage** **5620 Brooklyn Boulevard** **Minneapolis, MN 55429** | | J | **Opened 11/16/02 Last Active 10/01/12** **7572 W. Devon Avenue** **Chicago, IL 60631** **Multi Unit Building** Value $ **320,000.00** | | | | **289,307.00** | **0.00** |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |

Sheet **1** of **1** continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) **350,601.00** **51,744.00**

Total (Report on Summary of Schedules) **1,684,797.00** **467,106.00**

B6E (Official Form 6E) (4/10)

In re **Frank DeJulio,**                                                  Case No. **12-44617**
      **Connie DeJulio**
_____,
Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**
    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**
    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**
    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**
    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                                              **0** continuation sheets attached

B6F (Official Form 6F) (12/07)

In re **Frank DeJulio,**
**Connie DeJulio**
_____,
Debtors

Case No. **12-44617**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Angela DeJulio Warren**<br>**7421 W. Isham Avenue**<br>**Chicago, IL 60631** | | J | | | | | 11,500.00 |
| Account No.<br>**Astoria Federal Savings**<br>**1 Corporate Dr Ste 360**<br>**Lake Zurich, IL 60047** | | J | **Estimated deficiency arising from foreclosure judgment related to property located at 937 N. Grace Avenue, Park Ridge, IL** | | X | | 156,427.00 |
| Account No. **xxxx-xxxx-xxxx-8108**<br>**Citicorp Credit Services ***<br>**ATTN: Internal Recovery; Centralized Bk**<br>**P.O. Box 20507**<br>**Kansas City, MO 64195** | | J | **Credit Card** | | | | 30,813.84 |
| Account No. **xxxxxxxx0358**<br>**Gecrb/Sams Club**<br>**Po Box 981400**<br>**El Paso, TX 79998** | | H | **Opened 5/14/98 Last Active 10/07/12**<br>**Charge Account** | | | | 1,531.00 |

__2__ continuation sheets attached

Subtotal
(Total of this page) **200,271.84**

B6F (Official Form 6F) (12/07) - Cont.

In re **Frank DeJulio,** Case No. **12-44617**
**Connie DeJulio**,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx-xxxx-xxxx-1124<br><br>PNC Bank<br>2730 Liberty Avenue<br>Pittsburgh, PA 15222 | | J | Credit Card | | | | 41,118.10 |
| Account No. xxxx-xxxx-xxxx-4776<br><br>PNC Bank<br>PO Box 5570<br>Cleveland, OH 44101 | | J | Credit Card | | | | 3,747.87 |
| Account No.<br><br>PNC Mortgage<br>3232 Newmark Dr., Bldg. 8<br>Miamisburg, OH 45342 | | J | Estimated deficiency arising from foreclosure judgment related to property located at 937 N. Grace Avenue, Park Ridge, IL. | | X | | 47,917.00 |
| Account No. xxxxx8036<br><br>Shell/Citi<br>Po Box 6497<br>Sioux Falls, SD 57117 | | H | Opened 4/30/98 Last Active 7/01/11<br>Credit Card | | | | 1,354.00 |
| Account No. xxxxxxxx1120<br><br>U S Bank<br>101 5th St E Ste A<br>Saint Paul, MN 55101 | | W | Opened 6/01/07 Last Active 7/14/11<br>Credit Card | | | | 11,815.00 |

Sheet no. **1** of **2** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **105,951.97**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Frank DeJulio,**  
       **Connie DeJulio** ,  
                                                                Debtors

Case No. **12-44617**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxx9334  Unvl/Citi  Po Box 6241  Sioux Falls, SD 57117 | | J | Opened 6/01/00 Last Active 7/14/11  Credit Card | | | | 32,455.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **2** of **2** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page) **32,455.00**

Total  
(Report on Summary of Schedules) **338,678.81**

B6G (Official Form 6G) (12/07)

.

In re **Frank DeJulio,**
    **Connie DeJulio**
_____,
Debtors

Case No. **12-44617**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Andres A. Gutierrez**<br>7572 W. Devon Avenue<br>Chicago, IL 60631 | **10-15-12 to 4-30-13 $1000 per month** |
| **Bill Story**<br>7572 W. Devon Avenue<br>Chicago, IL 60631 | **Oral Agreement  $125 per month for garage** |
| **Kathleen Czajkowski**<br>7239 W. Palatine Avenue<br>Chicago, IL 60631 | **4-1-12 to 3-31-13 $1000 per month** |
| **Keith Lesniak**<br>7572 W. Devon Avenue<br>Chicago, IL 60631 | **Oral Agreement $450 per month** |
| **Lewis Mort**<br>7239 W. Palatine Avenue<br>Chicago, IL 60631 | **Month to Month lease $450.00** |
| **Michael Bott**<br>391 Pinehurst<br>Des Plaines, IL 60016 | **12-4-2009 month to month lease $1700 per month** |
| **Michael Brikha**<br>7572 W. Devon Avenue<br>Chicago, IL 60631 | **8-1-11 to 7-31-12 $1000 per month** |
| **Monica Mularczyk**<br>7239 W. Palatine Avenue<br>Chicago, IL 60631 | **9-25-09 month to month lease $1000 per month** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re  **Frank DeJulio,**
       **Connie DeJulio**
_____,
                               Debtors

Case No.  **12-44617**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |

  0
_____  continuation sheets attached to Schedule of Codebtors

**B6I (Official Form 6I) (12/07)**

In re **Frank DeJulio / Connie DeJulio**, Debtor(s)     Case No. **12-44617**

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): Son / Son | AGE(S): 10 / 12 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Mason** | **Manager** |
| Name of Employer | **Self Employed** | **Smokey's BBQ** |
| How long employed | **14 Years** | **3 Years** |
| Address of Employer | **937 N. Grace Avenue, Park Ridge, IL 60068** | **5481 N. Northwest Highway, Chicago, IL 60630** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---:|---:|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ **3,250.00** | $ **1,095.60** |
| 2. Estimate monthly overtime | $ **0.00** | $ **0.00** |
| 3. SUBTOTAL | $ **3,250.00** | $ **1,095.60** |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | $ **0.00** | $ **197.43** |
|    b. Insurance | $ **0.00** | $ **0.00** |
|    c. Union dues | $ **0.00** | $ **0.00** |
|    d. Other (Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ **0.00** | $ **197.43** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ **3,250.00** | $ **898.17** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ **0.00** | $ **0.00** |
| 8. Income from real property | $ **0.00** | $ **0.00** |
| 9. Interest and dividends | $ **0.00** | $ **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ **0.00** | $ **0.00** |
| 11. Social security or government assistance (Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 12. Pension or retirement income | $ **0.00** | $ **0.00** |
| 13. Other monthly income (Specify): **See Detailed Income Attachment** | $ **6,725.00** | $ **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ **6,725.00** | $ **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ **9,975.00** | $ **898.17** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ **10,873.17** |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

**B6I (Official Form 6I) (12/07)**

In re **Frank DeJulio**
**Connie DeJulio**
Debtor(s)

Case No. **12-44617**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
## Detailed Income Attachment

**Other Monthly Income:**

| | | |
|---|---:|---:|
| **Rental Income 7575 W. Devon** | $ **2,575.00** | $ **0.00** |
| **Rental Income 7239 W. Palatine** | $ **2,450.00** | $ **0.00** |
| **Rental Income 391 Pinehurst** | $ **1,700.00** | $ **0.00** |
| **Total Other Monthly Income** | $ **6,725.00** | $ **0.00** |

**B6J (Official Form 6J) (12/07)**

In re **Frank DeJulio**
 **Connie DeJulio**            Case No. **12-44617**
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ **3,751.02** |
|   a. Are real estate taxes included? | Yes **X**   No ___ | |
|   b. Is property insurance included? | Yes **X**   No ___ | |
| 2. Utilities:  a. Electricity and heating fuel | | $ **258.00** |
|            b. Water and sewer | | $ **50.00** |
|            c. Telephone | | $ **0.00** |
|            d. Other **Cable/Telephone** | | $ **150.46** |
| 3. Home maintenance (repairs and upkeep) | | $ **100.00** |
| 4. Food | | $ **600.00** |
| 5. Clothing | | $ **200.00** |
| 6. Laundry and dry cleaning | | $ **50.00** |
| 7. Medical and dental expenses | | $ **0.00** |
| 8. Transportation (not including car payments) | | $ **200.00** |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ **100.00** |
| 10. Charitable contributions | | $ **30.00** |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|         a. Homeowner's or renter's | | $ **0.00** |
|         b. Life | | $ **145.00** |
|         c. Health | | $ **357.00** |
|         d. Auto | | $ **71.50** |
|         e. Other | | $ **0.00** |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|         (Specify) | | $ **0.00** |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|         a. Auto | | $ **480.06** |
|         b. Other **See Detailed Expense Attachment** | | $ **7,246.83** |
| 14. Alimony, maintenance, and support paid to others | | $ **0.00** |
| 15. Payments for support of additional dependents not living at your home | | $ **0.00** |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ **0.00** |
| 17. Other **See Detailed Expense Attachment** | | $ **160.30** |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ **13,950.17** |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. | Average monthly income from Line 15 of Schedule I | $ **10,873.17** |
| b. | Average monthly expenses from Line 18 above | $ **13,950.17** |
| c. | Monthly net income (a. minus b.) | $ **-3,077.00** |

**B6J (Official Form 6J) (12/07)**

In re **Frank DeJulio / Connie DeJulio**     Case No. **12-44617**

Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
## Detailed Expense Attachment

**Other Installment Payments:**

| | |
|---|---|
| 2nd Mortgage on Grace | $ 187.79 |
| 1st Mortgage on Devon Property | $ 2,734.73 |
| 1st Mortgage on Pinehurst Property | $ 2,165.96 |
| 1st Mortgage on Palatine Property | $ 1,616.53 |
| 2nd Mortgage on Palatine Property | $ 541.82 |
| **Total Other Installment Payments** | **$ 7,246.83** |

**Other Expenditures:**

| | |
|---|---|
| Personal Care | $ 15.00 |
| Cellular Phone | $ 118.64 |
| Auto Repairs/Maintenance | $ 10.00 |
| School Lunch Expenses | $ 16.66 |
| **Total Other Expenditures** | **$ 160.30** |